# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

FILED
LODGED ___ ENTERED
___ RECEIVED

FEB - 6 2013

CLERK AT BALTIMORE
DISTRICT U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

THE PREMISES KNOWN AS:                    CASE NUMBER:

**2054 Tilghman Drive**
**Crofton, Maryland 21114**

# 13-0074SAG

TO:     DEA Task Force Officer Matthew Wires,
        and any Authorized Officer of the United States

        Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who  has reason to believe that
on the premises known as (name, description and or location)

**2054 Tilghman Drive, Crofton, Maryland 21114,** further described as a single family residence with
a red brick bottom exterior and a grayish blue vinyl siding upper exterior.  The residence has blue shutters
and a red front door.  The residence has a white storm door on the front door.  The numbers "2054" are
located to the right side of the front door in white with a black background.  The numbers "2054" can also
be located painted on the curb in front of the residence in black with a white background.  The residence has
an attached garage on the right side of the residence (facing the residence) at the top of a blacktop driveway.
The residence has gray colored shingles on the roof and a wood privacy fence with a gate on the right side
of the residence.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See
Attachment B

        I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person
or property so described is now concealed on the person or premises above-described and establish grounds for the issuance
of this warrant.

        I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth
which justify agents and officers entering into the locations, for purposes of executing the search warrant.

YOU ARE HEREBY COMMANDED to search on or before _____1/28/13_____
                                                         Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making
the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been
established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the
person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant
to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

_1/14/13_____ at Baltimore, Maryland
Date and Time Issued
   11:12am

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#12) AUSAs Carey/Smith

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| *1-14-13* | *1-15-13     0606* | *Sean Shennen* |

| INVENTORY MADE IN THE PRESENCE OF | *Sean   Shennen* |
|---|---|

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

*See Attached*

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____         _____
U.S Judge or Magistrate                                          Date

## EVIDENCE RECOVERED:

**Item # Description**
   **Location Found**

**A**

| A-1 | Heat sealed bag containing a greenish brown plant like material | In plastic |
| | Suspected marijuana | |
| A-2 | Plastic sandwich bag containing a white powdery substance | C |
| | Suspected cocaine hydrochloride | |
| A-3 | Digital scale with residue of suspected cocaine hydrochloride | On shelf |
| A-4 | Cake pan lid with residue of suspected cocaine hydrochloride | On shelf |
| A-5 | Plastic jar of inositol powder | |
| A-6 | Ceramic bowl with residue of suspected cocaine hydrochloride | In orange |
| A-7 | Black electric mixer with residue of suspected cocaine hydrochlorideIn orange tool box on shelf | |
| A-8 | Multiple empty baggies of various sizes | |
| A-9 | Multiple documents in the name of Sean Shannon | |
| A-10 | Multiple loose rounds (9mm, .40, .38, .22) | |

**Item # Description**
   **Location Found**

**B**

| B-11 | Multiple zip-lock baggies |

**Item # Description**

**Location Found**

**C** **Back left bedroom (Identified as bedroom of Shannon and Smith)**

C-12   Smith & Wesson Model SW40C handgun (serial # PAP8722)
Under the bed
With 2 magazines

C-13   Blue I Phone with charger
On nightstand

C-14   U.S. Currency (T.O.T. Special Agent Suzanne Wood DEA)
On nightstand

C-15   Plastic bag containing a white powdery substance of suspected   In
jeans pocket on floor
Cocaine hydrochloride

C-16   U.S. Currency (T.O.T. Special Agent Suzanne Wood DEA)   In
jeans pocket on floor

C-17   U.S. Currency (T.O.T. Special Agent Suzanne Wood DEA)
On dresser

C-18   Multiple documents in the name of Sean Shannon
On dresser

C-19   Black Sprint cell phone with charger
On nightstand

C-20   4 unknown brand men's watches   In
case on dresser
(T.O.T. Special Agent Suzanne Wood DEA)

**Item # Description**
**Location Found**

**D**

D-21   Multiple documents in the name of Sean Shannon

**Item # Description**
      **Location Found**

**E**

E-22    Multiple documents in the name of Erica Smith


**Item # Description**
      **Location Found**

**F**                        **Silver Infinity SUV (MD Registration 7AY9198)**

F-23    AT&T Cell phone with charger

F-24    Multiple documents in the names of Sean Shannon and Patrick ShannonIn the back seat


**Item # Description**
      **Location Found**

**G**

G-25    Gateway laptop (Serial # LXWZG020004149146931601)                   C
G-26    HP Laptop (Serial # 5CD1501ZQS)